# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 5:03cr26-RH/WCS
    5:04cv276-RH/WCS

JEFFREY LEON HARRIS,

     Defendant.

_____/

## ORDER DISMISSING §2255 MOTION

This matter is before the court on the magistrate judge's report and recommendation (document 40). No objections have been filed, but defendant did file a "traverse" after entry of the report and recommendation. The magistrate judge treated the "traverse" as a motion for reconsideration and denied the motion. In order to give the defendant the benefit of every doubt, I also treat the "traverse" as objections to the report and recommendation. I have reviewed de novo the issues raised by the "traverse," that is, by the objections.

The report and recommendation is correct. Defendant has admitted every element of the instant offense and every fact that increased his guidelines range on the instant offense other than the convictions that were used as a basis for applying

the guidelines' career offender provisions. But prior convictions are not subject to the rule of *Apprendi v. New Jersey*, 530 U.S. 466 (2000), *Blakely v. Washington*, 124 S. Ct. 2531 (2004)*,* and *United States v. Booker*, 125 S. Ct. 738 (2005). Defendant was convicted at trial or admitted the facts essential to each of those prior convictions. The statutory elements of those offenses were sufficient to establish that they were qualifying offenses under the career criminal provisions used to set defendant's guidelines range in the case at bar, thus eliminating any basis for objection under *Shepard v. United States*, 125 S. Ct. 1254 (2005). In short, defendant was properly sentenced.

For these reasons and those set forth in the report and recommendation,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. Defendant's motion for relief under 28 U.S.C. §2255 (document 39) is denied. The clerk shall enter judgment and close the file.

SO ORDERED this 8th day of May, 2005.

s/Robert L. Hinkle  
Chief United States District Judge

*Case No: 5:03cr21-RH/WCS and 5:04cv431-RH/WCS*